1  KENNETH COCHRAN, CASB No. 325426
   cochrank@gtlaw.com
2  **GREENBERG TRAURIG, LLP**
   1840 Century Park East, Suite 1900
3  Los Angeles, California 90067
   Telephone:   (310) 586-7873
4  Facsimile:    (310) 586-7800

5  Attorney for Defendant
   NUTRISHOP, INC.
6
   THIAGO M. COELHO, SBN 324715
7  thiago@wilshirelawfirm.com
   BINYAMIN I. MANOUCHERI, SBN 336468
8  binyamin@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
9  3055 Wilshire Blvd., 12th Floor
   Los Angeles, California 90010
10 Telephone:   (213) 381-9988
   Facsimile:    (213) 381-9989
11
   Attorneys for Plaintiff and Proposed Class
12 VIVIAN SALAZAR

13                **UNITED STATES DISTRICT COURT**

14                **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIVIAN SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTRISHOP INC., a Nevada Corporation,<br>Defendant. | CASE NO.: 2:21-CV-01919-TLN-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

**TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEY(S) OF RECORD:**

WHEREAS, pursuant to Local Rule 143, Plaintiff VIVIAN SALAZAR ("Plaintiff") and Defendant NUTRISHOP INC. ("Defendant") hereby stipulate and respectfully request that this Court grant Defendant a second extension of time through and including December

21, 2021, to file and serve a response to Plaintiff's Complaint filed on October 14, 2021. Defendant's Response is currently due on December 7, 2021 and the parties hereby stipulate to an additional fourteen (14) days to file Defendant's response to Plaintiff's Complaint, up to and including December 21, 2021.  The reason for the request is that Defendant requires a brief period of time to conclude its investigation of Plaintiff's claims and finalize its response to Plaintiff's Complaint.  Additionally, the parties simultaneously are engaged in discussions regarding the claims and desire to conclude their discussions prior to Defendant's filing of a responsive pleading or engaging in motion practice.  Defendant previously obtained one twenty-eight (28) day extension of time for Defendant's response to the Complaint without Court Order in accordance with Local Rule 144.

Dated: December 7, 2021                             Respectfully submitted,

**WILSHIRE LAW FIRM**                               **GREENBERG TRAURIG, LLP**

/s/ Thiago M. Coelho                                /s/ Kenneth Cochran
Thiago M. Coelho                                    Kenneth M. Cochran
*Attorney for Plaintiff Vivian Salazar*             *Attorney for Defendant Nutrishop, Inc.*

**IT IS SO ORDERED**.

Dated:  December 8, 2021

_____
Troy L. Nunley
United States District Judge